# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Louis R. Furman Jr. | CHAPTER 13 |
| | BKY. NO. 19-12154 JKF |
| Debtor(s) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Select Portfolio Servicing as servicer for U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2019-PM1 and index same on the master mailing list.

                                                  Respectfully submitted,
                                                  **/s/ Kevin G. McDonald, Esq.**
                                                  Kevin G. McDonald, Esquire
                                                  KML Law Group, P.C.
                                                  701 Market Street, Suite 5000
                                                  Philadelphia, PA 19106-1532
                                                  (215) 627-1322