**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

IN RE:                                                    CASE NO.: 19-12154-jkf
                                                                 CHAPTER 13

**Louis R Furman, Jr.,**

    **Debtor.**

_____/

**REQUEST FOR SERVICE OF NOTICES**

    **PLEASE TAKE NOTICE THAT,** on behalf of U.S. Bank National Association, Not in Its Individual Capacity But Solely as Trustee For The Cim Trust 2018-R6 Mortgage-Back Notes, Series 2018-R6 ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CRANE, LLC
BANKRUPTCY DEPARTMENT
10700 ABBOTT'S BRIDGE ROAD, SUITE 170
DULUTH, GA 30097**

                                           RAS Crane, LLC
                                           Authorized Agent for Secured Creditor
                                           10700 Abbott's Bridge Road, Suite 170
                                           Duluth, GA 30097
                                           Telephone: 470-321-7112
                                           Facsimile: 404-393-1425
                                           By: /s/Erin Elam
                                           Erin Elam, Esq.
                                           Email: eelam@rascrane.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 18, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

DAVID M. OFFEN
THE CURTIS CENTER
601 WALNUT STREET
SUITE 160 WEST
PHILADELPHIA, PA 19106

SCOTT WATERMAN
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA 19107

LOUIS R FURMAN, JR.
6412 LAWNDALE AVENUE
PHILADELPHIA, PA 19111

    RAS Crane, LLC
    Authorized Agent for Secured Creditor
    10700 Abbott's Bridge Road, Suite 170
    Duluth, GA 30097
    Telephone: 470-321-7112
    Facsimile: 404-393-1425
    By: /s/Erin Elam
    Erin Elam, Esq.
    Email: eelam@rascrane.com