UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    LOUIS R. FURMAN, JR.          NO. 19-12154 JKF
                                     CHAPTER 13

PRAECIPE TO WITHDRAW MOTION FOR
ADEQUATE PROTECTION – DOCUMENT NO. 21

TO THE CLERK:

Please mark the Motion of Ford Motor Credit Company, LLC for Adequate Protection as Withdrawn, without prejudice [Document No. 21].

Date: May 28, 2019

                                          GERSHMAN LAW OFFICES, PC

                                          _____
                                          Howard Gershman, Esquire
                                          610 York Road, Ste. 200
                                          Jenkintown, PA 19046
                                          (215) 886-1120

Copies served upon:

Scott F. Waterman, Trustee
Chapter 13 Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606

David M. Offen, Esquire
The Curtis Center
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

Praecipe to Withdraw