```
                IN THE UNITED STATE BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA


    In      Louis R Furman, Jr.         )   Chapter 13
    Re:            Debtor               )
                                        )   No. 19-12154-JKF
                                        )
```

## CERTIFICATION OF NO RESPONSE

I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

/s/David M. Offen
David M. Offen
Attorney for Debtor

Date:7/10/19