United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Louis R Furman, Jr.
    Debtor

Case No. 19-12154-jkf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2　　　　User: ChrissyW　　　　Page 1 of 1　　　　Date Rcvd: Aug 09, 2019
　　　　　　　　　　　　　　Form ID: pdf900　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2019.
db　　　　　+Louis R Furman, Jr.,   6412 Lawndale Avenue,   Philadelphia, PA 19111-5303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2019　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2019 at the address(es) listed below:
      DAVID M. OFFEN    on behalf of Debtor Louis R Furman, Jr. dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
      HOWARD  GERSHMAN    on behalf of Creditor   Ford Motor Credit Company, LLC hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
      KEVIN G. MCDONALD    on behalf of Creditor   U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2019-PM1 bkgroup@kmllawgroup.com
      SCOTT  WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com, ecf_frpa@trustee13.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
      THOMAS YOUNG.HAE SONG    on behalf of Creditor   THE BANK OF NEW YORK MELLON, et.al. paeb@fedphe.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
LOUIS R. FURMAN, Jr.

NO. 19-12154 JKF
CHAPTER 13

**ORDER APPROVING STIPULATION IN RESOLUTION OF MOTION OF FORD MOTOR CREDIT COMPANY, LLC FOR RELIEF FROM STAY RE: 2015 FORD EXPLORER [DOCUMENT 39]**

In consideration of the Stipulation of the parties in resolution of the Motion of Ford Motor Credit Company, LLC for Relief from Stay [Document 39], as to a 2015 Ford Explorer motor vehicle, the Stipulation is hereby approved.

BY THE COURT:

DATED: 8/8/19

_____
Judge Jean K. FitzSimon    xx

**Interested Parties:**
Howard Gershman, Esquire
Gershman Law Offices, PC
610 York Road Ste. 200
Jenkintown, PA 19046

Scott F. Waterman, Trustee
Chapter 13 Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606

David F. Offen, Esquire
Curtis Center
601 Walnut St., Ste 160 West
Philadelphia, PA 19106