## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Louis R. Furman Jr.

               Debtor(s)

U.S. Bank Trust National Association, as Trustee for
Towd Point Master Funding Trust 2019-PM1, its
successors and/or assigns

               Movant

      vs.

Louis R. Furman Jr.

               Debtor(s)

Scott Waterman

               Trustee

CHAPTER 13

NO. 19-12154 JKF

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2019-PM1, which was filed with the Court on or about **June 19, 2019, docket number 36**.

               Respectfully submitted,

By: **/s/ Kevin G. McDonald, Esquire**
     Kevin G. McDonald, Esquire
     KML Law Group, P.C.
     BNY Mellon Independence Center
     701 Market Street, Suite 5000
     Philadelphia, PA  19106
     215-627-1322
     Attorney for Movant/Applicant

October 15, 2019