Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 19-12154-AMC

LOUIS R FURMAN, JR.
6412 LAWNDALE AVENUE
PHILADELPHIA PA    19111

Petition Filed Date: 04/03/2019
341 Hearing Date: 05/17/2019
Confirmation Date: 10/16/2019

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 04/26/2019 | $612.50 | 108278203836 | 05/16/2019 | $612.50 | 1356726 | 06/04/2019 | $612.50 | 1358639 |
| 06/13/2019 | $612.50 | 1360584 | 06/26/2019 | $612.50 | 1362551 | 07/10/2019 | $612.50 | 1364741 |
| 07/29/2019 | $612.50 | 1366702 | 08/13/2019 | $612.50 | 1368354 | 08/21/2019 | $612.50 | 1370091 |
| 09/10/2019 | $612.50 | 1372115 | 09/24/2019 | $612.50 | 1373816 | 10/03/2019 | $525.00 | 1375721 |
| 10/23/2019 | $527.50 | 1377673 | 11/05/2019 | $1,052.50 | 1379563 | 11/13/2019 | $527.50 | 1381500 |
| 12/03/2019 | $527.50 | 1383605 | 12/16/2019 | $527.50 | 1386044 | 12/30/2019 | $527.50 | 1387791 |
| 01/21/2020 | $527.50 | 470 | 01/22/2020 | ($1,052.50) | 1379563 | 01/22/2020 | $527.50 | 1379563 |
| 01/28/2020 | $527.50 | 1235 | 02/11/2020 | $527.50 | 4617 | 02/25/2020 | $527.50 | 8087 |
| 03/10/2020 | $527.50 | 10967 | 03/23/2020 | $527.50 | 16239 | 04/07/2020 | $527.50 | 18717 |
| 04/20/2020 | $527.50 | 23728 | 05/04/2020 | $527.50 | 25767 | 05/18/2020 | $527.50 | 29190 |
| 06/02/2020 | $527.50 | 33818 | 06/16/2020 | $527.50 | 35429 | 06/30/2020 | $527.50 | 39433 |
| 07/14/2020 | $527.50 | 44203 | 07/24/2020 | $527.50 | 46511 | 08/07/2020 | $527.50 | 50433 |

**Total Receipts for the Period: $18,867.50  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $18,867.50**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 3 | FORD MOTOR CREDIT COMPANY<br>»» 003 | Secured Creditors | $28,155.44 | $8,509.83 | $19,645.61 |
| 4 | CAVALRY INVESTMENTS LLC<br>»» 001 | Unsecured Creditors | $1,470.27 | $0.00 | $1,470.27 |
| 5 | PHILADELPHIA FEDERAL CREDIT U<br>»» 002 | Unsecured Creditors | $472.69 | $0.00 | $472.69 |
| 6 | WESTGATE LAKES OWNER ASSOC<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | WESTGATE LAKES OWNER ASSOC<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | AMERICAN EXPRESS NATIONAL BANK<br>»» 006 | Unsecured Creditors | $2,047.05 | $0.00 | $2,047.05 |
| 9 | BANK OF AMERICA  N.A.<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | QUANTUM3 GROUP LLC as agent for<br>»» 008 | Unsecured Creditors | $228.88 | $0.00 | $228.88 |
| 11 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $582.38 | $0.00 | $582.38 |
| 12 | NATIONSTAR MORTGAGE LLC<br>»» 010 | Secured Creditors | $936.20 | $205.06 | $731.14 |

**Chapter 13 Case No. 19-12154-AMC**

| 13 | CVI SGP-CO ACQUISITION TRUST<br>»» 011 | Unsecured Creditors | $580.90 | $0.00 | $580.90 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $6,596.34 | $0.00 | $6,596.34 |
| 15 | SELECT PORTFOLIO SERVICING INC<br>»» 013 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | CITY OF PHILADELPHIA (LD)<br>»» 014 | Secured Creditors | $3,688.07 | $807.80 | $2,880.27 |
| 17 | CITY OF PHILADELPHIA (LD)<br>»» 15A | Secured Creditors | $1,159.82 | $254.04 | $905.78 |
| 18 | CITY OF PHILADELPHIA (LD)<br>»» 15B | Secured Creditors | $6,201.83 | $1,358.40 | $4,843.43 |
| 19 | CITY OF PHILADELPHIA (LD)<br>»» 016 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $5,000.00 | $5,000.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,867.50 | Current Monthly Payment: | $1,055.00 |
| Paid to Claims: | $16,135.13 | Arrearages: | ($1,750.00) |
| Paid to Trustee: | $1,782.87 | Total Plan Base: | $63,537.50 |
| Funds on Hand: | $949.50 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.