| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-12154-AMC**

LOUIS R FURMAN, JR.
6412 LAWNDALE AVENUE
PHILADELPHIA  PA    19111

Petition Filed Date: 04/03/2019
341 Hearing Date: 05/17/2019
Confirmation Date: 10/16/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/21/2020 | $527.50 | 470 | 01/22/2020 | ($1,052.50) | 1379563 | 01/22/2020 | $527.50 | 1379563 |
| 01/28/2020 | $527.50 | 1235 | 02/11/2020 | $527.50 | 4617 | 02/25/2020 | $527.50 | 8087 |
| 03/10/2020 | $527.50 | 10967 | 03/23/2020 | $527.50 | 16239 | 04/07/2020 | $527.50 | 18717 |
| 04/20/2020 | $527.50 | 23728 | 05/04/2020 | $527.50 | 25767 | 05/18/2020 | $527.50 | 29190 |
| 06/02/2020 | $527.50 | 33818 | 06/16/2020 | $527.50 | 35429 | 06/30/2020 | $527.50 | 39433 |
| 07/14/2020 | $527.50 | 44203 | 07/24/2020 | $527.50 | 46511 | 08/07/2020 | $527.50 | 50433 |
| 08/19/2020 | $527.50 | 54022 | 09/09/2020 | $527.50 | 57105 | 09/16/2020 | $527.50 | 59645 |
| 10/06/2020 | $527.50 | 62452 | 10/19/2020 | $527.50 | 65784 | 10/30/2020 | $527.50 | 68709 |
| 11/16/2020 | $527.50 | 72257 | 12/01/2020 | $527.50 | 76171 | 12/11/2020 | $527.50 | 77983 |
| 01/06/2021 | $527.50 | 81464 | 01/14/2021 | $527.50 | 84927 | 01/25/2021 | $527.50 | 87240 |
| 02/11/2021 | $527.50 | 90645 | 03/05/2021 | $527.50 | 92847 | 03/10/2021 | $527.50 | 94863 |
| 03/31/2021 | $527.50 | 97786 | 04/06/2021 | $527.50 | 100086 | 04/23/2021 | $527.50 | 103233 |
| 05/04/2021 | $527.50 | 106258 | 05/19/2021 | $527.50 | 108345 | 06/02/2021 | $527.50 | 111478 |

**Total Receipts for the Period: $18,992.50    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $29,945.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | FORD MOTOR CREDIT COMPANY <br> »» 003 | Secured Creditors | $28,155.44 | $15,744.61 | $12,410.83 |
| 4 | CAVALRY INVESTMENTS LLC <br> »» 001 | Unsecured Creditors | $1,470.27 | $0.00 | $1,470.27 |
| 5 | PHILADELPHIA FEDERAL CREDIT U <br> »» 002 | Unsecured Creditors | $472.69 | $0.00 | $472.69 |
| 6 | WESTGATE LAKES OWNER ASSOC <br> »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | WESTGATE LAKES OWNER ASSOC <br> »» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | AMERICAN EXPRESS NATIONAL BANK <br> »» 006 | Unsecured Creditors | $2,047.05 | $0.00 | $2,047.05 |
| 9 | BANK OF AMERICA  N.A. <br> »» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | QUANTUM3 GROUP LLC as agent for <br> »» 008 | Unsecured Creditors | $228.88 | $0.00 | $228.88 |
| 11 | LVNV FUNDING LLC <br> »» 009 | Unsecured Creditors | $582.38 | $0.00 | $582.38 |
| 12 | NATIONSTAR MORTGAGE LLC <br> »» 010 | Secured Creditors | $936.20 | $474.30 | $461.90 |

**Chapter 13 Case No. 19-12154-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 13 | CVI SGP-CO ACQUISITION TRUST<br>»» 011 | Unsecured Creditors | $580.90 | $0.00 | $580.90 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $6,596.34 | $0.00 | $6,596.34 |
| 15 | SELECT PORTFOLIO SERVICING INC<br>»» 013 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | CITY OF PHILADELPHIA (LD)<br>»» 014 | Secured Creditors | $3,688.07 | $1,868.52 | $1,819.55 |
| 17 | CITY OF PHILADELPHIA (LD)<br>»» 15A | Secured Creditors | $1,159.82 | $587.62 | $572.20 |
| 18 | CITY OF PHILADELPHIA (LD)<br>»» 15B | Secured Creditors | $6,201.83 | $3,142.04 | $3,059.79 |
| 19 | CITY OF PHILADELPHIA (LD)<br>»» 016 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $5,000.00 | $5,000.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $29,945.00 | Current Monthly Payment: | $1,055.00 |
| Paid to Claims: | $26,817.09 | Arrearages: | ($2,277.50) |
| Paid to Trustee: | $2,653.16 | Total Plan Base: | $63,537.50 |
| Funds on Hand: | $474.75 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.