| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 19-12154-AMC**

LOUIS R FURMAN, JR.
6412 LAWNDALE AVENUE
PHILADELPHIA  PA    19111

Petition Filed Date: 04/03/2019
341 Hearing Date: 05/17/2019
Confirmation Date: 10/16/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/06/2021 | $527.50 | 100086 | 04/23/2021 | $527.50 | 103233 | 05/04/2021 | $527.50 | 106258 |
| 05/19/2021 | $527.50 | 108345 | 06/02/2021 | $527.50 | 111478 | 06/15/2021 | $527.50 | 113865 |
| 06/23/2021 | $527.50 | 116263 | 07/15/2021 | $527.50 | 119222 | 07/27/2021 | $527.50 | 121697 |
| 08/10/2021 | $527.50 | 124749 | 08/23/2021 | $527.50 | 127310 | 09/08/2021 | $527.50 | 129588 |
| 09/22/2021 | $527.50 | 132305 | 10/05/2021 | $527.50 | 134192 | 10/18/2021 | $527.50 | 136087 |
| 11/01/2021 | $527.50 | 138182 | 11/16/2021 | $527.50 | 140247 | 11/30/2021 | $527.50 | 142907 |
| 12/14/2021 | $527.50 | 144960 | 12/28/2021 | $527.50 | 147218 | 01/11/2022 | $527.50 | 148995 |
| 01/31/2022 | $527.50 | 150734 | 02/03/2022 | $527.50 | CHILDRENS 5 | 02/23/2022 | $527.50 | 155290 |
| 03/07/2022 | $527.50 | 157939 | 03/21/2022 | $527.50 | 160025 | 04/05/2022 | $527.50 | 162448 |
| 04/18/2022 | $527.50 | 165251 | 05/04/2022 | $527.50 | 166591 | 05/13/2022 | $527.50 | 168651 |
| 05/31/2022 | $527.50 | 170862 | 06/14/2022 | $527.50 | 173392 | 06/29/2022 | $527.50 | 175496 |
| 07/12/2022 | $527.50 | 177848 | 07/25/2022 | $527.50 | 180582 | | | |

**Total Receipts for the Period:  $18,462.50    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $45,770.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 3 | FORD MOTOR CREDIT COMPANY<br>»» 003 | Secured Creditors | $28,155.44 | $25,540.99 | $2,614.45 |
| 4 | CAVALRY SPV INVESTMENTS LLC<br>»» 001 | Unsecured Creditors | $1,470.27 | $0.00 | $1,470.27 |
| 5 | PHILADELPHIA FEDERAL CREDIT U<br>»» 002 | Unsecured Creditors | $472.69 | $0.00 | $472.69 |
| 6 | WESTGATE LAKES OWNER ASSOC<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | WESTGATE LAKES OWNER ASSOC<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | AMERICAN EXPRESS NATIONAL BANK<br>»» 006 | Unsecured Creditors | $2,047.05 | $0.00 | $2,047.05 |
| 9 | BANK OF AMERICA  N.A.<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | QUANTUM3 GROUP LLC as agent for<br>»» 008 | Unsecured Creditors | $228.88 | $0.00 | $228.88 |
| 11 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $582.38 | $0.00 | $582.38 |
| 12 | NATIONSTAR MORTGAGE LLC<br>»» 010 | Secured Creditors | $936.20 | $838.90 | $97.30 |

| | | | | | |
|---|---|---|---|---|---|
| 13 | CVI SGP-CO ACQUISITION TRUST<br>»» 011 | Unsecured Creditors | $580.90 | $0.00 | $580.90 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $6,596.34 | $0.00 | $6,596.34 |
| 15 | SELECT PORTFOLIO SERVICING INC<br>»» 013 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | CITY OF PHILADELPHIA (LD)<br>»» 014 | Secured Creditors | $3,688.07 | $3,304.77 | $383.30 |
| 17 | CITY OF PHILADELPHIA (LD)<br>»» 15A | Secured Creditors | $1,159.82 | $1,039.29 | $120.53 |
| 18 | CITY OF PHILADELPHIA (LD)<br>»» 15B | Secured Creditors | $6,201.83 | $5,557.25 | $644.58 |
| 19 | CITY OF PHILADELPHIA (LD)<br>»» 016 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $5,000.00 | $5,000.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $45,770.00 | Current Monthly Payment: | $1,055.00 |
| Paid to Claims: | $41,281.20 | Arrearages: | ($3,332.50) |
| Paid to Trustee: | $4,003.50 | Total Plan Base: | $63,537.50 |
| Funds on Hand: | $485.30 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.