| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 19-12154-AMC**

LOUIS R FURMAN, JR.
6412 LAWNDALE AVENUE
PHILADELPHIA  PA    19111

Petition Filed Date: 04/03/2019
341 Hearing Date: 05/17/2019
Confirmation Date: 10/16/2019

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $527.50 | 182993 | 08/23/2022 | $527.50 | 185224 | 09/07/2022 | $527.50 | 186816 |
| 09/16/2022 | $527.50 | 189124 | 10/03/2022 | $527.50 | 190861 | 10/17/2022 | $527.50 | 192643 |
| 10/31/2022 | $527.50 | 194841 | 11/15/2022 | $527.50 | 196279 | 11/29/2022 | $527.50 | 198367 |
| 12/12/2022 | $527.50 | 200233 | 12/27/2022 | $527.50 | 202068 | 01/11/2023 | $527.50 | 203809 |
| 01/19/2023 | $527.50 | 205394 | 02/07/2023 | $527.50 | 206966 | 02/22/2023 | $527.50 | 208766 |
| 03/03/2023 | $527.50 | 210800 | 03/14/2023 | $527.50 | 212684 | 03/28/2023 | $527.50 | 214667 |
| 04/12/2023 | $527.50 | 216429 | 04/25/2023 | $527.50 | 218233 | 05/09/2023 | $527.50 | 220110 |
| 05/25/2023 | $527.50 | 222253 | 06/06/2023 | $527.50 | 224531 | 06/21/2023 | $527.50 | 226464 |
| 07/06/2023 | $527.50 | 228875 | 07/19/2023 | $527.50 | 231085 | | | |

**Total Receipts for the Period:  $13,715.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $60,012.50**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | FORD MOTOR CREDIT COMPANY <br> »» 003 | Secured Creditors | $28,155.44 | $28,155.44 | $0.00 |
| 4 | CAVALRY SPV INVESTMENTS LLC <br> »» 001 | Unsecured Creditors | $1,470.27 | $1,129.32 | $340.95 |
| 5 | PHILADELPHIA FEDERAL CREDIT U <br> »» 002 | Unsecured Creditors | $472.69 | $363.08 | $109.61 |
| 6 | WESTGATE LAKES OWNER ASSOC <br> »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | WESTGATE LAKES OWNER ASSOC <br> »» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | AMERICAN EXPRESS NATIONAL BANK <br> »» 006 | Unsecured Creditors | $2,047.05 | $1,572.35 | $474.70 |
| 9 | BANK OF AMERICA  N.A. <br> »» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | QUANTUM3 GROUP LLC as agent for <br> »» 008 | Unsecured Creditors | $228.88 | $175.80 | $53.08 |
| 11 | LVNV FUNDING LLC <br> »» 009 | Unsecured Creditors | $582.38 | $447.33 | $135.05 |
| 12 | NATIONSTAR MORTGAGE LLC <br> »» 010 | Secured Creditors | $936.20 | $936.20 | $0.00 |
| 13 | CVI SGP-CO ACQUISITION TRUST <br> »» 011 | Unsecured Creditors | $580.90 | $446.19 | $134.71 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES <br> »» 012 | Unsecured Creditors | $6,596.34 | $5,066.67 | $1,529.67 |

| | | | | | |
|---|---|---|---|---|---|
| 15 | SELECT PORTFOLIO SERVICING INC<br>»» 013 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | CITY OF PHILADELPHIA (LD)<br>»» 014 | Secured Creditors | $3,688.07 | $3,688.07 | $0.00 |
| 17 | CITY OF PHILADELPHIA (LD)<br>»» 15A | Secured Creditors | $1,159.82 | $1,159.82 | $0.00 |
| 18 | CITY OF PHILADELPHIA (LD)<br>»» 15B | Secured Creditors | $6,201.83 | $6,201.83 | $0.00 |
| 19 | CITY OF PHILADELPHIA (LD)<br>»» 016 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $5,000.00 | $5,000.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | | |
|---|---|---|---|---|
| Total Receipts: | $60,012.50 | | Current Monthly Payment: | $1,055.00 |
| Paid to Claims: | $54,342.10 | | Arrearages: | ($4,915.00) |
| Paid to Trustee: | $5,190.38 | | Total Plan Base: | $63,537.50 |
| Funds on Hand: | $480.02 | | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.