**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 13** |
| **Louis R Furman, Jr.**<br>**xxx-xx-7084** | : | **Case No. 19-12154-amc** |
| **Debtor** | | |

**ORDER**

AND NOW, this _____ day of _____, 2023, it is hereby ORDERED that the Wage Order in effect in the above captioned matter be TERMINATED.

**Date: November 15, 2023**

_____
**HONORABLE ASHELY M. CHAN**
**UNITED STATES BANKRUPTCY JUDGE**