United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-12154-amc |
| Louis R Furman, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Nov 22, 2023 | Form ID: 138OBJ | Total Noticed: 52 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Louis R Furman, Jr., 6412 Lawndale Avenue, Philadelphia, PA 19111-5303 |
| 14301413 | + | Denise Furman, 241 E Comly Street, Philadelphia, PA 19120-1104 |
| 14312525 | | Ford Motor Credit Company, LLC, PO Box 55000, Drawer 55953, Detroit MI 48153 |
| 14308413 | + | Select Portfolio Servicing for, U.S. Bank Trust Nationa Association, c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000 Phila., PA 19106-1541 |
| 14327424 | + | THE BANK OF NEW YORK MELLON, et.al, c/o THOMAS YOUNG.HAE SONG, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd., Suite 1400 Philadelphia, PA 19103-1814 |
| 14327109 | | THE BANK OF NEW YORK MELLON, et.al., C/o Thomas Song, Esq., Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 14327323 | | The Bank of New York Mellon, c/o Thomas Song, Esq., Id. No.89834, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 14831261 | + | The Bank of New York Mellon, C/O Marisa Myers Cohen, 1420 Walnut Street, Ste. 1501, Philadelphia, PA 19102-4015 |
| 14341274 | | Towd Point Master Funding Trust 2019-PM1,, U.S. Bank Trust National Association, as, c/o Select Portfolio Servicing Inc., P.O. Box 95450, Salt Lake City, UT 84165-0250 |
| 14307315 | + | U.S. Bank Trust National Association, as Trustee, c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14314528 | + | Westgate Town Center Owners Association, Inc., 2801 Old Winter Garden Rd, Ocoee, FL 34761-2965 |
| 14314513 | + | Westgate Vacation Villas, LLC, 2801 Old Winter Garden Rd, Ocoee, FL 34761-2965 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 23 2023 00:22:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 23 2023 00:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14330186 | | Email/PDF: bncnotices@becket-lee.com | Nov 23 2023 00:31:06 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14301404 | + | Email/PDF: bncnotices@becket-lee.com | Nov 23 2023 00:31:19 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14301405 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 23 2023 00:22:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 14396505 | | Email/Text: megan.harper@phila.gov | Nov 23 2023 00:22:00 | City of Philadelphia, Law Department - Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14301409 | | Email/Text: megan.harper@phila.gov | Nov 23 2023 00:22:00 | City of Philadelphia, Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102 |
| 14377945 | | Email/Text: megan.harper@phila.gov | | |

Case 19-12154-amc    Doc 82    Filed 11/24/23    Entered 11/25/23 00:33:46    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 22, 2023 | Form ID: 138OBJ | Total Noticed: 52 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 23 2023 00:22:00 | Water Revenue Bureau, Pamela Eichert Thurmond, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14396227 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2023 00:31:10 | CVI SGP Acquisition Trust, PO Box 10587, Greenville, SC 29603-0587 |
| 14340618 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2023 00:31:17 | CVI SGP-CO Acquisition Trust, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 14301406 | + | Email/Text: bankruptcy@cavps.com | Nov 23 2023 00:22:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 14306320 | + | Email/Text: bankruptcy@cavps.com | Nov 23 2023 00:22:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14306587 | + | Email/Text: bankruptcy@cavps.com | Nov 23 2023 00:22:00 | Cavalry SPV I, LLC, PO BOX 27288, TEmpe AZ 85285-7288 |
| 14301408 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 23 2023 00:31:05 | Citimortgage, Attn: Centralized Bankruptcy, Po Box 9438, Gettsburg, MD 20898-9438 |
| 14301411 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 23 2023 00:22:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14301412 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 23 2023 00:31:18 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14301414 | | Email/Text: mrdiscen@discover.com | Nov 23 2023 00:22:00 | Discover Bank, 6500 New Albany Road, New Albany, OH 43054 |
| 14301415 | ^ | MEBN | Nov 23 2023 00:19:33 | Diversified Adjustment Swervices, Inc, Dasi-Bankrupcty, Po Box 32145, Fridley, MN 55432-0145 |
| 14312003 | | Email/Text: EBNBKNOT@ford.com | Nov 23 2023 00:22:00 | Ford Motor Credit Company, LLC, PO Box 62180, Colorado Springs, CO 80962 |
| 14301407 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 23 2023 00:31:02 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14338177 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2023 00:31:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14301416 | + | Email/Text: EBNBKNOT@ford.com | Nov 23 2023 00:22:00 | Lincoln Automotive Financial Service, Attn: Bankruptcy, Po Box 542000, Omaha, NE 68154-8000 |
| 14301417 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 23 2023 00:22:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14341273 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 23 2023 00:31:05 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14340828 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 23 2023 00:31:10 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14301418 | + | Email/Text: CollectionsDept@PFCU.COM | Nov 23 2023 00:22:00 | Philadelphia FCU, Attn: Bankruptcy, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 14301419 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 23 2023 00:31:18 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14337236 | | Email/Text: bnc-quantum@quantum3group.com | Nov 23 2023 00:22:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14301420 | + | Email/Text: BKRMailOPS@weltman.com | Nov 23 2023 00:22:00 | Sterling Jewelers/Kay Jewelers, Attn: Bankruptcy, 375 Ghent Rd, Akron, OH 44333-4601 |
| 14303902 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 23 2023 00:31:17 | Synchrony Bank, c/o PRA Receivables Management, LLC, attn: Valerie Smith, PO Box 41021, Norfolk, VA 23541-1021 |
| 14302739 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

Case 19-12154-amc   Doc 82   Filed 11/24/23   Entered 11/25/23 00:33:46   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 22, 2023 | Form ID: 138OBJ | Total Noticed: 52 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 23 2023 00:31:11 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14301421 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 23 2023 00:41:38 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14301422 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 23 2023 00:31:10 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14566778 | ^ | MEBN | Nov 23 2023 00:19:35 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14336663 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 23 2023 00:22:00 | The Bank of New York Mellon, et.al., Bank of America, P.O. Box 31785, Tampa FL 33631-3785 |
| 14341100 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 23 2023 00:22:00 | Towd Point Master Funding Trust 2019-PM1,, U.S. Bank Trust National Association, as, c/o Select Portfolio Servicing Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14340654 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 23 2023 00:22:00 | U.S. BANK NATIONAL ASSOCIATION, PO Box 619094, Dallas TX 75261-9094 |
| 14340458 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 23 2023 00:22:00 | U.S. BANK NATIONAL ASSOCIATION, PO Box 619096, Dallas TX 75261-9096 |
| 14310518 | + | Email/Text: RASEBN@raslg.com | Nov 23 2023 00:22:00 | U.S. Bank National Association, Not in Its Individ, C/O RAS CRANE, LLC, BANKRUPTCY DEPARTMENT, 10700 ABBOTT'S BRIDGE ROAD, SUITE 170, DULUTH, GA 30097-8461 |
| 14301423 | | Email/Text: megan.harper@phila.gov | Nov 23 2023 00:22:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14301410 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia, Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102 |
| 14340656 | *+ | U.S. BANK NATIONAL ASSOCIATION, PO Box 619094, Dallas TX 75261-9094 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 24, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2023 at the address(es) listed

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Nov 22, 2023 | Form ID: 138OBJ | Total Noticed: 52 |

**below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOM bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DAVID M. OFFEN | on behalf of Debtor Louis R Furman  Jr. dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| HOWARD GERSHMAN | on behalf of Creditor Ford Motor Credit Company  LLC hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net |
| KEVIN G. MCDONALD | on behalf of Creditor U.S. Bank Trust National Association  as Trustee for Towd Point Master Funding Trust 2019-PM1 bkgroup@kmllawgroup.com |
| MARISA MYERS COHEN | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOM ecfmail@mwc-law.com, mcohen@mwc-law.com |
| POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFmail@fredreiglech13.com |
| THOMAS SONG | on behalf of Creditor THE BANK OF NEW YORK MELLON  et.al. tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Louis R Furman, Jr.
    Debtor(s)

Case No: 19−12154−amc
Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/22/23

81 − 80
Form 138OBJ